THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

HYNES INSURANCE AGENCY INC
7814 RT 30
NORTH HUNTINGDON PA 15642-2725

0046-F832
100 Payroll

| DATE | CHECK NO. |
|---|---|
| 10/30/2009 | 5025 |

PAY TO THE ORDER OF

SHEILA M FERRI
616 EIGHTH STREET
IRWIN PA 15642

Total Net Direct Deposit(s)
**$706.76**

AMOUNT

VOID THIS IS NOT A CHECK .............................................. DOLLARS

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE — FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Sheila M Ferri
616 Eighth Street
Irwin, PA 15642

Soc Sec #: xxx-xx-0032   Employee ID: 37
Home Department: 100 Payroll

Pay Period: 10/16/09 to 10/31/09
Check Date: 10/30/09   Check #: 5025

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 12915.54 |
| Chkg 3157 | 706.76 | 5612.96 |
| **NET PAY** | **706.76** | **18528.50** |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | | | 866.67 | | 17333.40 |
| Bonus | | | | | 5391.83 |
| **EARNINGS** | | | 866.67 | | 22725.23 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 53.73 | 1408.91 |
| Medicare | | 12.57 | 329.55 |
| Fed Income Tax | S 1 | 55.61 | 1476.09 |
| PA Income Tax | | 26.61 | 697.69 |
| PA Unemploy | | 0.52 | 13.64 |
| PA EALSD Inc | | | 38.92 |
| PA IRWNB-Wes I | | 8.67 | 149.43 |
| PA LST52 LST | | 2.20 | 43.58 |
| PA NVERS-All Inc | | | 38.92 |
| **TOTAL** | | 159.91 | 4196.73 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 706.76 | 18528.50 |

Payrolls by Paychex, Inc.

0046 0046-F832   Hynes Insurance Agency Inc • 7814 Rt 30 • North Huntingdon PA 15642-2725

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING · THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

HYNES INSURANCE AGENCY INC
7814 RT 30
NORTH HUNTINGDON PA 15642-2725

0046-F832
100 Payroll

| DATE | CHECK NO. |
|---|---|
| 09/15/2009 | 5010 |

*Payrolls by Paychex, Inc.*

PAY TO THE ORDER OF

SHEILA M FERRI
616 EIGHTH STREET
IRWIN PA  15642

Total Net Direct Deposit(s)
**$984.07**
AMOUNT

VOID THIS IS NOT A CHECK ............................................ DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                                                       FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Sheila M Ferri
616 Eighth Street
Irwin, PA  15642

Soc Sec #: xxx-xx-0032   Employee ID: 37
Home Department: 100 Payroll

Pay Period: 09/01/09 to 09/15/09
Check Date: 09/15/09    Check #: 5010

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 12915.54 |
| Chkg 3157 | 984.07 | 2993.32 |
| **NET PAY** | **984.07** | **15908.86** |

| EARNINGS | DESCRIPTION | HOURS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | 866.67 | | 14733.3 |
| | Bonus | | | | | 4709.8 |
| | Bonus | | | 378.71 | | |
| | EARNINGS | | | 1245.38 | | 19443.2 |
| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| | Social Security | | | 77.21 | | 1205.4 |
| | Medicare | | | 18.06 | | 281.9 |
| | Fed Income Tax | S 1 | | 112.41 | | 1206.9 |
| | PA Income Tax | | | 38.23 | | 596.9 |
| | PA Unemploy | | | 0.75 | | 11.6 |
| | PA EALSD Inc | | | | | 38.9 |
| | PA IRWNB-Wes I | | | 12.45 | | 116.6 |
| | PA LST52 LST | | | 2.20 | | 36.9 |
| | PA NVERS-All Inc | | | | | 38.9 |
| | **TOTAL** | | | **261.31** | | **3534.3** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 984.07 | 15908.8 |

*Payrolls by Paychex, Inc.*

0046 0046-F832  Hynes Insurance Agency Inc • 7814 Rt 30 • North Huntingdon PA  15642-2725

| 05407 | Check No. 181 | P/P End Date: 11/17/2009 |
| Loc. | Dept: | Check Date: 11/20/2009 |

| Taxes/Deductions | Current | Year-To-Date |
|---|---|---|
| Federal Tax | 22.60 | 22.60 |
| Soc. Sec. Tax | 27.89 | 27.89 |
| Medicare Tax | 6.52 | 6.52 |
| PA State Tax | 13.81 | 13.81 |
| LST-Penn Hills SD | 1.00 | 1.00 |
| PA SUI | 0.27 | 0.27 |

*Take locals out too!*

| Total Taxes & Other Deductions | Net Pay |
|---|---|
| 72.09 | 377.67 |

Martino Motors Inc  
536 Rodi Road  
Pittsburgh, PA 15235

Hire Date:  
Fed Status: Single  Exemptions: 2  
PA Status: Regular,  Exemptions: 0

**Sheila M Ferri**  
**616 Eighth Street**  
**Irwin, PA 15642**

**Martino Motors Inc**

| Employee Name | Emp. ID | Company: 41-2105407 | | Check No. 205 | P/P End Date: 12/22/2009 |
|---|---|---|---|---|---|
| Sheila M Ferri | 7 | Group: | Loc. | Dept: | Check Date: 12/25/2009 |

| Earnings | Hours | Hourly Rate | Current | Year-To-Date | Taxes/Deductions | Current | Year-To-Date |
|---|---|---|---|---|---|---|---|
| Regular | 40.00 | 18.7400 | 749.60 | 4,413.27 | Federal Tax | 67.57 | 400.96 |
| | | | | | Soc. Sec. Tax | 46.47 | 273.62 |
| | | | | | Medicare Tax | 10.87 | 63.99 |
| | | | | | PA State Tax | 23.01 | 135.48 |
| | | | | | LST-Penn Hills SD | 1.00 | 6.00 |
| | | | | | PA SUI | 0.45 | 2.65 |

| TOTALS | Gross Wages | Taxable Wages | Total Taxes & Other Deductions | Net Pay |
|---|---|---|---|---|
| Current | 749.60 | 749.60 | 149.37 | 600.23 |
| Year-To-Date | 4,413.27 | | | |

Martino Motors Inc
536 Rodi Road
Pittsburgh, PA 15235

| Hire Date: | |
|---|---|
| Fed Status: Single | Exemptions: 2 |
| PA Status: Regular, | Exemptions: 0 |

Sheila M Ferri
616 Eighth Street
Irwin, PA 15642

Martino Motors Inc

| Employee Name | | | Emp. ID | Company: 41-2105407 | | Check No. 191 | P/P End Date: 12/01/2009 |
|---|---|---|---|---|---|---|---|
| Sheila M Ferri | | | 7 | Group: | Loc. | Dept: | Check Date: 12/04/2009 |

| Earnings | Hours | Hourly Rate | Current | Year-To-Date | Taxes/Deductions | Current | Year-To-Date |
|---|---|---|---|---|---|---|---|
| Regular | 40.00 | 18.7400 | 749.60 | 2,117.62 | Federal Tax | 67.57 | 191.22 |
| | | | | | Soc. Sec. Tax | 46.47 | 131.29 |
| | | | | | Medicare Tax | 10.87 | 30.71 |
| | | | | | PA State Tax | 23.01 | 65.01 |
| | | | | | LST-Penn Hills SD | 1.00 | 3.00 |
| | | | | | PA SUI | 0.45 | 1.27 |

| TOTALS | Gross Wages | Taxable Wages | Total Taxes & Other Deductions | Net Pay |
|---|---|---|---|---|
| Current | 749.60 | 749.60 | 149.37 | 600.23 |
| Year-To-Date | 2,117.62 | | | |

Martino Motors Inc
536 Rodi Road
Pittsburgh, PA 15235

Hire Date:
Fed Status: Single  Exemptions: 2
PA Status: Regular,  Exemptions: 0

Sheila M Ferri
616 Eighth Street
Irwin, PA 15642

## Martino Motors Inc

| Employee Name | Emp. ID | Company: 41-2105407 | Check No. 187 | P/P End Date: 11/24/2009 |
|---|---|---|---|---|
| Sheila M Ferri | 7 | Group: Loc. Dept: | | Check Date: 11/27/2009 |

| Earnings | Hours | Hourly Rate | Current | Year-To-Date | Taxes/Deductions | Current | Year-To-Date |
|---|---|---|---|---|---|---|---|
| Regular | 49.00 | 18.7400 | 918.26 | 1,368.02 | Federal Tax | 101.05 | 123.65 |
| | | | | | Soc. Sec. Tax | 56.93 | 84.82 |
| | | | | | Medicare Tax | 13.32 | 19.84 |
| | | | | | PA State Tax | 28.19 | 42.00 |
| | | | | | LST-Penn Hills SD | 1.00 | 2.00 |
| | | | | | PA SUI | 0.55 | 0.82 |

| TOTALS | Gross Wages | Taxable Wages | Total Taxes & Other Deductions | Net Pay |
|---|---|---|---|---|
| Current | 918.26 | 918.26 | 201.04 | 717.22 |
| Year-To-Date | 1,368.02 | | | |

Martino Motors Inc

| Employee Name | Emp. ID | Company: 41-2105407 | | | Check No. 215 | P/P End Date: 01/05/2010 |
|---|---|---|---|---|---|---|
| Sheila M Ferri | 7 | Group: | Loc. | Dept: | | Check Date: 01/08/2010 |

| Earnings | Hours | Hourly Rate | Current | Year-To-Date | Taxes/Deductions | Current | Year-To-Date |
|---|---|---|---|---|---|---|---|
| Regular | 42.50 | 18.7400 | 796.45 | 1,452.35 | Federal Tax | 76.75 | 132.42 |
| | | | | | Soc. Sec. Tax | 49.38 | 90.05 |
| | | | | | Medicare Tax | 11.55 | 21.06 |
| | | | | | PA State Tax | 24.45 | 44.59 |
| | | | | | LST-Penn Hills SD | 1.00 | 2.00 |
| | | | | | PA SUI | 0.64 | 1.16 |

| TOTALS | Gross Wages | Taxable Wages | Total Taxes & Other Deductions | Net Pay |
|---|---|---|---|---|
| Current | 796.45 | 796.45 | 163.77 | 632.68 |
| Year-To-Date | 1,452.35 | | | |

Martino Motors Inc
536 Rodi Road
Pittsburgh, PA 15235

| Hire Date: | |
|---|---|
| Fed Status: Single | Exemptions: 2 |
| PA Status: Regular, | Exemptions: 0 |

Sheila M Ferri
616 Eighth Street
Irwin, PA 15642

Martino Motors Inc

| Employee Name | Emp. ID | Company: 41-2105407 | Check No. 233 | P/P End Date: 01/26/2010 |
|---|---|---|---|---|
| Sheila M Ferri | 7 | Group: Loc. Dept: | | Check Date: 01/29/2010 |

| Earnings | Hours | Hourly Rate | Current | Year-To-Date | Taxes/Deductions | Current | Year-To-Date |
|---|---|---|---|---|---|---|---|
| Regular | 40.00 | 18.7400 | 749.60 | 3,897.92 | Federal Tax | 69.72 | 374.88 |
| | | | | | Soc. Sec. Tax | 46.47 | 241.67 |
| | | | | | Medicare Tax | 10.87 | 56.52 |
| | | | | | PA State Tax | 23.01 | 119.66 |
| | | | | | Norwin SD Tax | 7.50 | 7.50 |
| | | | | | LST-Penn Hills SD | 1.00 | 5.00 |
| | | | | | PA SUI | 0.60 | 3.12 |

| TOTALS | Gross Wages | Taxable Wages | Total Taxes & Other Deductions | Net Pay |
|---|---|---|---|---|
| Current | 749.60 | 749.60 | 159.17 | 590.43 |
| Year-To-Date | 3,897.92 | | | |

Martino Motors Inc

| Employee Name | Emp. ID | Company: 41-2105407 | | Check No. 245 | P/P End Date: 02/09/2010 |
|---|---|---|---|---|---|
| Sheila M Ferri | 7 | Group: | Loc. | Dept: | Check Date: 02/12/2010 |

| Earnings | Hours | Hourly Rate | Current | Year-To-Date | Taxes/Deductions | Current | Year-To-Date |
|---|---|---|---|---|---|---|---|
| Regular | 20.00 | 18.7400 | 374.80 | 5,153.50 | Federal Tax | 13.50 | 482.49 |
| | | | | | Soc. Sec. Tax | 23.24 | 319.52 |
| | | | | | Medicare Tax | 5.44 | 74.73 |
| | | | | | PA State Tax | 11.51 | 158.21 |
| | | | | | Norwin SD Tax | 3.75 | 20.06 |
| | | | | | LST-Penn Hills SD | 1.00 | 7.00 |
| | | | | | PA SUI | 0.30 | 4.12 |

| TOTALS | Gross Wages | Taxable Wages | Total Taxes & Other Deductions | Net Pay |
|---|---|---|---|---|
| Current | 374.80 | 374.80 | | |
| Year-To-Date | 5,153.50 | | 58.74 | 316.06 |